```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 12615
   ROGER WILSON GRANT
   ALTRINA DANETTE GRANT                       CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9666      SSN XXX-XX-4578
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/16/07 and confirmed on 11/28/07.

2. The case was dismissed after confirmation, 11/21/2008.

3. The Debtor paid a total of $ 14100.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 2711.71 | .00 | 2711.71 |
| SAXON MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 299.45 | .00 | 299.45 |
| WILL COUNTY TREASURER | SECURED | 4910.28 | .00 | 1636.80 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 4710.70 | 260.02 | 1481.70 |
| WACHOVIA DEALER SRVS | SECURED VEHIC | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED | 591.78 | .00 | 591.78 |
| ILLINOIS DEPT REVENUE | PRIORITY | 384.73 | .00 | 40.72 |
| INTERNAL REVENUE SERVICE | PRIORITY | 19622.41 | .00 | 2607.34 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 357.64 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 908.69 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2505.48 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 531.54 | .00 | .00 |
| CASH CALL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 670.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 262.53 | .00 | .00 |
| LINDQUIST & TRUDEAU | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| NEW MILLENNIUM BANK | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | 369.05 | .00 | .00 |
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |

```
ILLINOIS STUDENT ASSIST    UNSECURED       45493.60              .00            .00
UNIVERSITY OF ILLINOIS     UNSECURED      NOT FILED              .00            .00
MUNICIPAL COLLECTION SER   UNSECURED      NOT FILED              .00            .00
FAIR COLLECTIONS & OUTSO   UNSECURED      NOT FILED              .00            .00
HAVERTON CONDO ASSOC       SECURED           342.75              .00         342.75
WILL COUNTY TREASURER      UNSECURED        5077.39              .00            .00
AMERICASH LOANS            UNSECURED        2550.66              .00            .00
INTERNAL REVENUE SERVICE   UNSECURED       12143.18              .00            .00
ROUNDUP FUNDING LLC        UNSECURED        4105.08              .00            .00
ROUNDUP FUNDING LLC        UNSECURED         499.54              .00            .00
AMERICASH LOANS            UNSECURED        3691.66              .00            .00
ILLINOIS DEPT REVENUE      UNSECURED          76.50              .00            .00
     Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13566.67     20007.14     79242.54          .00     112816.35
PRINCIPAL PAID       7064.19      2648.06          .00          .00       9712.25
INTEREST PAID         260.02           .00         .00          .00        260.02
TOTAL PAID           7324.21      2648.06          .00          .00       9972.27
```

The Debtor's attorney, MELVIN J KAPLAN                    , was allowed $   3500.00
and was paid $      76.00   direct and $   3424.00   through the plan.

The Trustee received $     703.73 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/11/09                   /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE


                              PAGE   2
       CASE NO. 07 B 12615 ROGER WILSON GRANT & ALTRINA DANETTE GRANT